August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL IRWIN JACKSON, Appellant

NO. 14-11-00781-CR            V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of correction by this Court. We therefore **MODIFY** the judgment by adding the following affirmative finding:

> **The Court FINDS that Defendant's aggravated assault of a family member constituted an act of "family violence" as that term is defined in section 71.004 of the Texas Family Code.**

We order the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.